# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-5349**  **September Term 2007**

07cv01439

**Filed On:** May 19, 2008

Jimmy Lawrence Nance,

    Appellant

    v.

Michael B. Mukasey, Attorney General of the United States, et al.,

    Appellees

FILED
MAY 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BEFORE:** Sentelle, Chief Judge, and Garland and Brown, Circuit Judges

## ORDER

Upon consideration of the trust account report and the consent to collection of fees, it is

**ORDERED** that pursuant to appellant's consent to collection of fees, appellant's custodian is directed to pay on appellant's behalf the initial partial filing fee of $128.48, to be withheld from appellant's trust fund account. See 28 U.S.C. § 1915(b)(1). The payment must be by check or money order made payable to Clerk, U.S. District Court for the District of Columbia.

Appellant's custodian also is directed to collect and pay from appellant's trust account monthly installments of 20 per cent of the previous month's income credited to the account, until the full $455 docketing fee has been paid. See 28 U.S.C. § 1915(b)(2). Such payments must be made each month the amount in the account exceeds $10 and must be designated as made in payment of the filing fee for Case No. 07-5349, an appeal from Civil Action No. 07cv01439. A copy of this order must accompany each remittance. In the event appellant is transferred to another institution, the balance due must be collected and paid in installments to the Clerk by the custodian at appellant's next institution. Appellant's custodian must notify the Clerk, U.S. Court of Appeals for the District of Columbia Circuit and the Clerk, U.S. District Court for the District of Columbia, in the event appellant is released from custody.

# United States Court of Appeals
#### For The District of Columbia Circuit

**No. 07-5349**                                              **September Term 2007**

      The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt, and to the Clerk, U.S. District Court for the District of Columbia. The Clerk is further directed to send to appellant's custodian a copy of this order and appellant's consent to collection of fees.

**Per Curiam**

FILED

MAY 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT